# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carolyn C. Gilbert,

    Plaintiff,

v.

Endeavor Air, et al.,

    Defendants.

Case No.: 2:26-cv-01471-CDS-NJK

**Order**

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to do so. Accordingly, Plaintiff must file a certificate of interested parties no later than June 22, 2026.

IT IS SO ORDERED.

Dated: June 8, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE